NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TIMOTHY J. TIERNEY,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3159

---

Petition for review of the Merit Systems Protection Board in case no. DA3443060659-I-2.

---

**ON MOTION**

---

## ORDER

This case was stayed pending the disposition of *Duncan v. Dep't of the Air Force*, 2011-3053. Both Tierney and the Department of Justice inform the court that at least some issues will require briefing in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of briefing is lifted.  Tierney's opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

__JUN 1 3 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven L. Herrick, Esq.
     Michael P. Goodman, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2012

JAN HORBALY
CLERK